UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ST. DOMINIC-JACKSON MEMORIAL HOSPITAL                              PLAINTIFF

V.                                                    CAUSE NO. 3:10-CV-177-TSL-FKB

KIMBROUGH MEDICAL CONTRACTING, INC.                               DEFENDANT

## DEFAULT JUDGMENT

THIS DAY this action came on for hearing upon the Motion for Default Judgment filed by Plaintiff St. Dominic-Jackson Memorial Hospital, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, against Defendant Kimbrough Medical Contracting, Inc. The Court, upon consideration of the same and the Corrected Entry of Default made by the Clerk on April 27, 2010 (Dkt. No. 6), in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, finds that the Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED, that Plaintiff's Motion for Default Judgment is hereby granted;

IT IS FURTHER ORDERED AND ADJUDGED, that the Defendant, Kimbrough Medical Contracting, Inc., is liable to the Plaintiff for $150,437.20;

IT IS FURTHER ORDERED AND ADJUDGED, that Plaintiff recover of and from the Defendant the total principal sum of $150,437.20; plus interest and reasonable and necessary attorneys' fees in the amount of $3,961.23, together with costs and expenses totaling $350.00.

SO ORDERED AND ADJUDGED, this the 19th day of May, 2010.

        /s/Tom S. Lee
        UNITED STATES DISTRICT COURT JUDGE

S0004531